UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| VANESSA GREEN, ET AL<br>                              *Plaintiffs*<br><br>*v.*<br><br>CORNERSTONE HOSPITAL OF WEST<br>MONROE<br>                              *Defendant* | CIVIL ACTION NO.<br><br><br>JUDGE _____<br><br>MAG. JUDGE _____ |

## NOTICE OF REMOVAL

TO:   THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF LOUISIANA

NOW INTO COURT, comes Defendant, **Cornerstone Hospital of West Monroe, LLC**, improperly named in Plaintiffs' Petition as Cornerstone Hospital of West Monroe, and pursuant to 28 U.S.C. §1441, with full reservation of rights and defenses, respectfully submits this Notice of Removal of a civil action currently pending against it in the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana.

In support of this removal notice, Cornerstone states:

1.

**Cornerstone Hospital of West Monroe, LLC** has been made a defendant in a civil action pending in the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana, captioned as: *Vanessa Green, Tawatha Green, Tony Green and Iesha Green, Individually and on Behalf of Their Deceased Father, James Quinn and/or the Unopened*

*Succession (Estate) of James Quinn v. Cornerstone Hospital of West Monroe*, and bearing Docket No. 14-0610 (C3).

2.

**Cornerstone Hospital of West Monroe, LLC** first received notice of this suit on or about March 14, 2013, when it was served, through C T Corporation System, with a copy of the Plaintiffs' Petition for Damages.

3.

**Cornerstone Hospital of West Monroe, LLC** did not receive notice of the lawsuit before March 14, 2014, the date on which Plaintiffs' Petition for Damages was filed in state court.

4.

This removal notice is being filed within thirty (30) days of Defendant **Cornerstone Hospital of West Monroe, LLC's** first receipt on March 14, 2014, though service or otherwise, of the initial pleadings setting forth Plaintiffs' claims for relief upon which the action is based.  This removal notice is also being filed less than one year after suit was commenced in state court on February 28, 2014.  Therefore, this removal notice is timely under 28 U.S.C. §1446(b).

5.

Pursuant to 28 U.S.C. §1441(a), the United States District Court for the Western District of Louisiana is the federal district court for the district embracing the place where the state court suit is pending.

6.

Defendant **Cornerstone Hospital of West Monroe, LLC**, through undersigned

counsel, will serve by mail a notice of the filing of this removal notice to Plaintiffs and will cause a copy of this removal notice to be filed with the Clerk of Court of the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana, as required by 28 U.S.C. §1446(d).

7.

This Court has original jurisdiction over this suit pursuant to 28 U.S.C. §1332 and §1441 in that the Plaintiffs' Petition for Damages, a redacted copy of which is attached hereto as **Exhibit 1**, involve claims between citizens of different states and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

8.

Although the Plaintiffs plead no specific amount of damages in their prayer for relief, in conformity with Louisiana Code of Civil Procedure Article 893, Defendant **Cornerstone Hospital of West Monroe, LLC** reasonably believes, based on the allegations set for the Plaintiffs' Petition for Damages, that the amount in controversy exceeds the jurisdictional minimum amount of $75,000.

9.

This lawsuit involves claims for personal injury and wrongful death.  Plaintiffs allege that Defendant was negligent in the care delivered or care which should have been delivered to their father, James Quinn, causing him suffer pain and mental anguish, and causing Plaintiffs to suffer mental/emotional pain and anguish, medical expenses, loss of ability to enjoy life as they had prior to the complained of incident, and burial expenses. Therefore, upon information and good faith belief, the total amount of damages claimed by Plaintiffs exceeds the jurisdictional amount of $75,000, exclusive of interest and costs.

10.

The Plaintiffs' original Petition for Damages names only one Defendant: Cornerstone Hospital of West Monroe, L.L.C. ("Cornerstone"), improperly named as Cornerstone Hospital of West Monroe.

11.

Complete diversity of citizenship exists between Plaintiffs and Defendant in that:

(a) Upon information and good faith belief, the named three of the named Plaintiffs (Vanessa Green, Tawatha Green and Tony Green) are of the age of majority and are residents/domiciliaries of Lake Providence, Louisiana, and the fourth named Plaintiff (Iesha Green) is of the age of the majority and is a resident/domiciliary of Monroe, Louisiana.   (*See* **Exhibit 2**, Affidavit of Deuce Eppinette; and **Exhibit 3**, Affidavit of Dyar Eppinette);

(b) The citizenship of a limited liability company ("LLC") is determined by the citizenship of all its members.  *Harvey v. Grey Wolf Drilling* Co., 542 F.3d 1077, 1081 (5th Cir. 2008).  Here, **Cornerstone Hospital of West Monroe, LLC** is a citizen of Delaware and Texas based on the following:

(1) Defendant **Cornerstone Hospital of West Monroe, LLC** is a Delaware limited liability company, and its sole member is CS Healthcare Louisiana, LLC.   (*See* **Exhibit 4**, website printout from the Delaware Secretary of State for Cornerstone Hospital of West Monroe, LLC; and **Exhibit 5**, "Joint Consent of Sole Member and Board of managers in Lieu of Meeting of Cornerstone Hospital of West Monroe, LLC");[1]

---

[1]    The principal business office of Cornerstone Hospital of West Monroe, LLC is located at 2200

(2) **CS Healthcare Louisiana, LLC** is a Delaware limited liability company, and its sole member is Cornerstone Healthcare Group Holding, Inc. (*See* **Exhibit 7**, website printout from the Delaware Secretary of State for CS HealthCare Louisiana, LLC; and **Exhibit 8**, "Joint Consent of Sole Member and Board of Managers in Lieu of Meeting of CS Healthcare Louisiana, LLC"); [2] and

(3) **Cornerstone Healthcare Group Holding, Inc.** is a domestic corporation incorporated on the State of Delaware, with its principal place of business (i.e., where the corporation's high level officers direct, control and coordinate the corporation's activities) [3] and its corporate headquarters located at 2200 Ross Avenue, Suite 5400, in Dallas, Texas 75201.[4]   (*See* **Exhibit 10**, Affidavit of Kurt Schultz, Treasurer of **Cornerstone Healthcare Group Holding, Inc.;** and **Exhibit 11**, website printout from the Delaware Secretary of State for Cornerstone Healthcare Group Holding, Inc.).

---

Ross Avenue, Suite 5400, Dallas, Texas 75201.   (*See* **Exhibit 6**, website printout from the Louisiana Secretary of State for Cornerstone Hospital of West Monroe, LLC).

[2]      The principal business office of CS Healthcare Louisiana, LLC is located at 2200 Ross Avenue, Suite 5400, Dallas, Texas.   (*See* **Exhibit 9**, website printout from the Louisiana Secretary of State for CS Healthcare Louisiana, LLC).

[3]      For purposes of diversity of citizenship under 28 U.S.C. §1332 and §1441, "a corporation shall be deemed to be a citizen of every State and foreign state by which it has been incorporated and of the State or foreign policy where it has its principal place of business…." 28 U.S.C. §1332(c)(1). The phrase "principal place of business" in 28 U.S.C. §1332(c)(1) refers to the place where the corporation's high level officers direct, control and coordinate the corporation's activities.  *Hertz Corp. v. Friend*, 130 S.Ct. 1181 (2010).

[4]      The principal place of business and corporate headquarters of **Cornerstone Healthcare Group Holding, Inc.** and the principal business offices of **Cornerstone Hospital of West Monroe, LLC** and **CS Healthcare Louisiana, LLC** are all the same:  2200 Ross Avenue, Suite 5400, Dallas Texas.  (*See* fns. 1 & 2, *supra*).

## PRAYER

**WHEREFORE**, considering the premises, Defendant **Cornerstone Hospital of West Monroe, LLC** respectfully prays that this removal notice be deemed good and sufficient and that the matter pending in the 4th Judicial District Court for the Parish of Ouachita, State of Louisiana, captioned as *Vanessa Green, Tawatha Green, Tony Green and Iesha Green, Individually and on Behalf of Their Deceased Father, James Quinn and/or the Unopened Succession (Estate) of James Quinn v. Cornerstone Hospital of West Monroe*, and bearing Docket No. 14-0610 (C3), be removed to the docket of this Honorable Court.

Respectfully submitted,

**PAUL G. PRESTON, T.A.   (Bar No. 10711)**
**LINDA M. UZEE      (Bar. No. 18701)**
The Preston Law Firm, L.L.C.
Mailing Address:
141 Robert E. Lee Boulevard, #118
New Orleans, LA 70124
76 Tern Street (Street Address)
Tel:  504-282-2530
Fax: 504-282-2531
**Attorneys for Defendant, Cornerstone**
**        Hospital of West Monroe, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that, on April 11, 2014, a copy of the foregoing pleading has been electronically filed using the CM/ECF system which will provide notice to all counsel of record, and/or a copy has also been served on all counsel of record by email, facsimile or depositing same in the United States mail, properly addressed and postage prepaid.

_____
Paul G. Preston