

**Service of Process Transmittal**
03/14/2014
CT Log Number 524574603

**TO:** Michael Wallace, Corporate Paralegal
Cornerstone Healthcare Group
2200 Ross Avenue, Suite 5400
Dallas, TX 75201

**RE:** **Process Served in Louisiana**

**FOR:** Cornerstone Hospital of West Monroe, LLC (Domestic State: DE)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Vanessa green, et al., Pltf. vs. Cornerstone Hospital of West Monroe, Dft. |
| **DOCUMENT(S) SERVED:** | Citation, Petition |
| **COURT/AGENCY:** | 4th Judicial District Court, Parish of Ouachita, LA<br>Case # C20140610 |
| **NATURE OF ACTION:** | Medical Injury - Improper Care and Treatment - 01/29/2013 |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Baton Rouge, LA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 03/14/2014 at 09:05 |
| **JURISDICTION SERVED:** | Louisiana |
| **APPEARANCE OR ANSWER DUE:** | Within 15 days after receipt |
| **ATTORNEY(S) / SENDER(S):** | Jeffrey D. Guerriero<br>Guerriero & Guerriero<br>2200 Forsythe Avenue<br>Monroe, LA 71201<br>318-325-4306 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 03/14/2014, Expected Purge Date: 03/19/2014<br>Image SOP<br>Email Notification, Michael Wallace mwallace@chghospitals.com |
| **SIGNED:**<br>**PER:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>Trevor Garoutte<br>5615 Corporate Blvd<br>Suite 400B<br>Baton Rouge, LA 70808<br>225-922-4490 |

EXHIBIT 1

Page 1 of 1 / AS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

# CITATION

D3175387
BJG

VANESSA GREEN, ET AL

VS

CORNERSTONE HOSPITAL OF
WEST MONROE

**DOCKET NUMBER: C-20140610**
SEC: C3
STATE OF LOUISIANA
PARISH OF OUACHITA
FOURTH JUDICIAL DISTRICT COURT

**EAST BATON ROUGE PARISH**

TO:
CORNERSTONE HOSPITAL OF WEST MONROE
AGENT FOR SERVICE: CT CORPORATION SYSTEM
5615 CORPORATE BLVD., STE. 400B
BATON ROUGE, LA 70808

YOU HAVE BEEN SUED.
Attached to this Citation is a certified copy of the Petition. The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within **FIFTEEN (15) days** after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Ouachita Parish Court House, 301 South Grand, Monroe, Louisiana.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within **FIFTEEN (15) days**, a judgment may be entered against you without further notice.

This Citation was issued by the Clerk of Court for Ouachita Parish, on this MARCH 5, 2014.

OUACHITA PARISH CLERK OF COURT

Also attached are the following:
PETITION FOR DAMAGES

By: **B. J. GRAHAM**
Deputy Clerk

FILED BY: JEFFREY D. GUERRIERO #19602

_____ ORIGINAL

✓ SERVICE COPY

_____ FILE COPY

CERTIFIED
TRUE COPY

MAR 0 5 2014
BY B. J. Graham
DEPUTY CLERK
4TH JUDICIAL DISTRICT COURT
OUACHITA PARISH, LA

STATE OF LOUISIANA ** PARISH OF OUACHITA

FOURTH JUDICIAL DISTRICT COURT

VANESSA GREEN, TAWATHA GREEN,  FILED: **FEB 2 8 2014**
TONY GREEN AND IESHA GREEN,
INDIVIDUALLY AND ON BEHALF OF
THEIR DECEASED FATHER, JAMES
QUINN AND/OR THE UNOPENED
SUCCESSION (ESTATE) OF JAMES QUINN

VS.  14-0610

CORNERSTONE HOSPITAL OF  **B.J. GRAHAM**
WEST MONROE  DEPUTY CLERK OF COURT

**PETITION FOR DAMAGES**

Petitioners VANESSA GREEN, TAWATHA GREEN, TONY GREEN AND IESHA GREEN, INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER, JAMES QUINN (D), AND/OR THE ESTATE OF JAMES QUINN (D), hereinafter VANESSA GREEN, ET AL., respectfully represent the following:

1.

The defendants named herein are the staff, agents and/or employees of CORNERSTONE HOSPITAL OF WEST MONROE, hereinafter referred to as "CORNERSTONE", alleged on information and belief to be a private medical facility located in Ouachita Parish, Louisiana, authorized to do and actually doing business in the State of Louisiana, whose agent for service of process for all suits brought against it in this state is C T CORPORATION SYSTEM.

2.

The defendants named hereinabove are justly and legally indebted unto Petitioners herein for all damages which are just and reasonable under the circumstances, together with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings, for the following reasons, to-wit:

3.

On or about January 29, 2013, JAMES QUINN was admitted to Cornerstone Hospital in West Monroe, Louisiana, from St. Francis Medical Center located in Monroe, Louisiana.

4.

Mr. Quinn had a prior history of pulling at and pulling out his trach. There was a restraint

**CASE ASSIGNED TO:**

**CV. SECT. 3**

order executed by Dr. Mousa. According to the *Clinical Staff Restraint Monitoring* notes from Cornerstone, the orders were that the staff of Cornerstone use wrist restraints to restrain Mr. Quinn; however, the restrains were too loose, which allowed Mr. Quin to reach for his trach and to pull it out. Soft bilateral wrist restraints were allegedly used while Mr. Quinn was at Cornerstone.

5.

On or about February 6, 2013, at 19:55, the nurse, who at all timer herein was an employee of Cornerstone, was called to Mr. Quinn's room by a CNA. Mr. Quinn had pulled his trach out and it was laying on the left side of his neck.

6.

Mr. Quinn was not breathing and they called a code and initiated CPR. The staff were able to resuscitate Mr. Quinn; but, Mr. Quinn began having seizures. Dr. Mohammad Mousa was notified and gave orders for anti-seizure medications and a CT of the head. Mr. Quinn was then transported to Cornerstone, with the respiratory therapist hand bagging him.

7.

The staff at Cornerstone tried several physician ordered anti-seizure medications, but Mr. Quinn continued to seize. On February 7, 2013, he was transferred to Glenwood Medical Center in West Monroe, LA for continued seizures, where he passed away on April 9, 2103. Mr. Quinn survived for more than two (2) months after the alleged malpractice and suffered extreme pain and mental anguish.

8.

The defendants, the staff at Cornerstone Hospital, knew that the patient, Mr. Quinn, was pulling out his trach and/or trying to pull out his trach as evidenced by the medical records from Cornerstone. Because he had previously pulled out his trach and it had to be replaced, restraints were ordered.

9.

Petitioners show that, prior to the filing of the instant Petition, a claim of medical negligence was timely and properly filed with the Division of Administration on January 29, 2014, against other Defendants in this matter, pursuant to LSA R.S. 40:1299.47, et seq., namely DR. MOHAMMAD MOUSA and DR. AMIN EL-MALAH, those Defendants having been found to be qualified health care providers under the Medical Malpractice Act. A medical

malpractice claim was also made against named Defendant herein, CORNERSTONE HOSPITAL OF WEST MONROE, in the Claim filed with the Division of Administration on January 29, 2014, but Plaintiffs received notice from the Patient's Compensation Fund by letter dated February 07, 2014, that said Defendant CORNERSTONE was not a qualified health care provider under the Medical Malpractice Act, therefore necessitating the filing of this Petition for Damages against CORNERSTONE.

10.

The injuries and damages sustained by Petitioners, VANESSA GREEN, ET AL, which are more fully set forth below, were caused by the negligence of the employees/agents of Defendant, CORNERSTONE HOSPITAL OF WEST MONROE, in deviating from the applicable standards of appropriate medical care by failing to render appropriate medical care under the circumstances, failing to order and monitor proper and necessary restraints pursuant to proper and appropriate procedures under the circumstances, incorrectly and/or too loosely applying restraints, allowing Mr. Quinn to pull his trach out, failing to keep Mr. Quinn's bed rails up which would have prevented him from falling out of bed and preventing further injuries, and generally failing to provide satisfactory medical care, resulting in Mr. Quinn having respiratory distress, seizures, cardiac arrest and eventually death.

11.

Petitioners, VANESSA GREEN, TAWATHA GREEN, TONY GREEN and IESHA GREEN, as a direct result of the above described negligence, have suffered the following damages:

a) The death of their father, an individual with whom they enjoyed a very close and loving relationship;
b) Mental pain and anguish;
c) Emotional pain and anguish;
d) Medical expenses;
e) Loss of the ability to enjoy life as they had prior to the incident made subject of this litigation;
f) Burial expenses;
g) Further, Mr. Quinn suffered extreme pain and mental anguish for approximately two (2) months, from February 7, 2013, until his death on April 9, 2013. Therefore, there exists a survival action, as well.

12.

Petitioners allege amicable demand, to no avail.

**WHEREFORE, PETITIONERS PRAY** that the defendant be served and cited according to law, and that after all legal delays have elapsed and due proceedings are had, there be judgment as follows:

1. In favor of Petitioners, VANESSA GREEN, TAWATHA GREEN, TONY GREEN AND IESHA GREEN, INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER, JAMES QUINN (D), AND/OR THE ESTATE OF JAMES QUINN (D), against CORNERSTONE HOSPITAL OF WEST MONROE for all just and reasonable damages under the circumstances; and

2. In favor of Petitioners, VANESSA GREEN, TAWATHA GREEN, TONY GREEN AND IESHA GREEN, INDIVIDUALLY AND ON BEHALF OF THEIR DECEASED FATHER, JAMES QUINN (D), AND/OR THE ESTATE OF JAMES QUINN (D), against CORNERSTONE HOSPITAL OF WEST MONROE, for legal interest from the date of judicial demand until paid, and for all costs of these proceedings, and for all other equitable relief.

GUERRIERO & GUERRIERO
2200 FORSYTHE AVENUE
MONROE, LOUISIANA 71201
TEL. (318) 325-4306
FAX (318) 323-8406

BY: _____
JEFFREY D. GUERRIERO
LA. BAR NO. 19602

**PLEASE SERVE:**

CORNERSTONE HOSPITAL OF WEST MONROE
Through it registered agent for service of process:
C T CORPORATION SYSTEM
5615 Corporate Boulevard Ste. 400B
Baton Rouge, LA 70808