UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| VANESSA GREEN, ET AL. | CIVIL ACTION NO. 14-0790 |
| VERSUS | JUDGE ROBERT G. JAMES |
| CORNERSTONE HOSPITAL OF WEST MONROE, LLC | MAG. JUDGE KAREN L. HAYES |

### ORDER

The Court having been advised by counsel that the above civil action has been settled,

IT IS HEREBY ORDERED that the **Clerk of Court administratively terminate this action, without prejudice to the right of the parties to re-open the proceedings.** All pending motions are denied as moot.

IT IS FURTHER ORDERED that, within sixty (60) days of the date this Order is entered, the parties submit to the Court a Joint Stipulation of Dismissal signed by all parties who have appeared in this action, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

MONROE, LOUISIANA, this 8th day of July, 2014.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE