UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| VANESSA GREEN, ET AL<br>*Plaintiffs*<br><br>v.<br><br>CORNERSTONE HOSPITAL OF WEST MONROE<br>*Defendant* | CIVIL ACTION NO.:<br>3:14-cv-00790<br><br>JUDGE JAMES<br>MAG. JUDGE HAYES |

## JOINT STIPULATION OF DISMISSAL
## PURSUANT TO RULE 41(a)(1)(A)(ii)

NOW INTO COURT, though undersigned counsel, come Plaintiffs, Vanessa Green, Tawatha Green, Tony Green and Iesha Green, individually and on behalf of their deceased father, James Quinn (D), and/or the Estate of James Quinn (D), and Defendant, Cornerstone Hospital of West Monroe, LLC, who respectfully assert the following:

The parties to the above captioned matter have agreed, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, to a stipulation of dismissal, which is signed by all parties who have appeared. Plaintiffs hereby request that this action be dismissed with prejudice, in its entirety, against Defendant, Cornerstone Hospital of West Monroe, LLC, with the parties each bearing their own attorney's fees and costs.

Respectfully submitted on _____ , 2014,


**JEFFREY D. GUERRIERO, T.A. (BAR NO. 19602)**
**2200 Forsythe Avenue**
**Monroe, LA 71201**
**Tel: 318-325-4306**
**Fax: 318-323-8406**
**Attorneys for Plaintiff, Vanessa Green,** *et al*


**PAUL G. PRESTON, T.A. (Bar No. 10711)**
**LINDA M. UZEE      (Bar. No. 18701)**
The Preston Law Firm, L.L.C.
Mailing Address:
141 Robert E. Lee Boulevard, #118
New Orleans, LA 70124
70 Crane Street (Street Address)
Tel: 504-282-2530
Fax: 504-282-2531
**Attorneys for Defendant, Cornerstone**
        **Hospital of West Monroe, L.L.C.**


## CERTIFICATE OF SERVICE

I hereby certify that, on the __2nd__ day of __September__ , 2014, a copy of the foregoing pleading has been electronically filed using the CM/ECF system which will provide notice to all counsel of record, and/or a copy has also been served on all counsel of record by email, facsimile or depositing same in the United States mail, properly addressed and postage prepaid.


Paul G. Preston

Page **2** of **2**